[No. 24303-9-I. Division One. August 20, 1990.]

JOHN V. HANNAH, *Respondent*, v. WILLIAM H. ANDERSON, SR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-11556-0, Steven G. Scott, J., entered May 25, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Winsor, J., concurred in by Scholfield and Webster, JJ.

[No. 24699-2-I. Division One. August 20, 1990.]

KING COUNTY, *Appellant*, v. PUGET SOUND POWER AND LIGHT COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-01850-9, Paul D. Hansen, J., entered July 26, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 24283-1-I. Division One. August 20, 1990.]

SEATTLE-FIRST NATIONAL BANK, *as Trustee, Respondent,* v. MARILYN LAMP FEEBACK, ET AL, *Defendants,* RUTH SEAMAN O'ROURKE, ET AL, *Respon-dents,* HELEN ELIZABETH VOGT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-16250-6, Stephen M. Reilly, J., entered May 11, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Pekelis, JJ.